

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: DAVOL, INC./C.R. BARD, INC.,
POLYPROPYLENE HERNIA MESH PRODUCTS
LIABILITY LITIGATION

MDL No. 2846
5:18-cv-01375-DSF-JPR
William Kamp v. Davol Inc et al

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −1)**

On August 2, 2018, the Panel transferred 50 civil action(s) to the United States District Court for the Southern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See _F.Supp.3d_ (J.P.M.L. 2018). Since that time, no additional action(s) have been transferred to the Southern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Edmund A. Sargus, Jr.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Ohio and assigned to Judge Sargus.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Southern District of Ohio for the reasons stated in the order of August 2, 2018, and, with the consent of that court, assigned to the Honorable Edmund A. Sargus, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Aug 14, 2018

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I certify that this is a true and correct copy of the original filed in my office on 8/14/2018
Richard W. Nagel, Clerk
By:
Date: 8/14/2018

IN RE: DAVOL, INC./C.R. BARD, INC.,
POLYPROPYLENE HERNIA MESH PRODUCTS
LIABILITY LITIGATION                                    MDL No. 2846

## SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| **ALABAMA MIDDLE** | | | |
| ALM | 2 | 18−00470 | Swain et al v. C.R. Bard Inc. Corporation (JOINT ASSIGN)(MAG+) |
| **ARIZONA** | | | |
| ~~AZ~~ | ~~2~~ | ~~18−01280~~ | ~~Luks v. Davol Incorporated et al~~ Opposed 8/9/18 |
| **ARKANSAS EASTERN** | | | |
| ARE | 4 | 17−00143 | Ratliff v. Davol Inc et al |
| **CALIFORNIA CENTRAL** | | | |
| CAC | 2 | 18−05069 | Christelle Angelastro v. Davol, Inc. et al |
| CAC | 2 | 18−05909 | Herayer Maroti v. Davol Inc. et al |
| CAC | 5 | 18−01375 | William Kamp v. Davol Inc et al |
| **FLORIDA MIDDLE** | | | |
| FLM | 2 | 18−00512 | Molloy v. Davol Inc. et al |
| FLM | 3 | 18−00548 | Israel et al v. C.R. Bard, Inc. et al |
| FLM | 3 | 18−00815 | Weeks v. Davol, Inc. |
| FLM | 6 | 18−00745 | Vilardebo v. Davol, Inc. et al |
| FLM | 8 | 17−01613 | Hamblen et al v. Davol, Inc. et al |
| **FLORIDA SOUTHERN** | | | |
| FLS | 2 | 16−14455 | Ripple v. C.R. Bard, Inc. et al |
| FLS | 2 | 18−14023 | Hill, Jr. v. C.R. Bard, Inc. |
| FLS | 2 | 18−14176 | Bailey v. Davol Inc et al |
| FLS | 9 | 18−80546 | Ketchens et al v. Davol, Inc. et al |
| **GEORGIA NORTHERN** | | | |

| | | | |
|---|---|---|---|
| GAN | 1 | 18−00244 | Taylor et al v. C.R. Bard, Inc. |

ILLINOIS NORTHERN

| | | | |
|---|---|---|---|
| ILN | 1 | 18−04287 | Prueter v. Davol, Inc. et al |

INDIANA SOUTHERN

| | | | |
|---|---|---|---|
| INS | 1 | 18−01938 | ELLARD v. DAVOL, INC. et al |

MARYLAND

| | | | |
|---|---|---|---|
| MD | 1 | 18−01236 | Wootton v. Davol, Inc. et al |

MISSISSIPPI NORTHERN

| | | | |
|---|---|---|---|
| MSN | 4 | 18−00135 | Davis v. Davol Inc. et al |

MISSOURI EASTERN

| | | | |
|---|---|---|---|
| MOE | 1 | 18−00121 | Cooper v. Davol, Inc. et al |

MISSOURI WESTERN

| | | | |
|---|---|---|---|
| MOW | 2 | 18−04108 | Sterrett v. Davol, Inc. et al |
| MOW | 4 | 18−00464 | Murphy et al v. C.R. Bard, Inc. et al |
| MOW | 4 | 18−00550 | Campos v. C.R. Bard, Inc. et al |
| MOW | 6 | 18−03193 | Robinson v. Davol Inc et al |

NEW JERSEY

| | | | |
|---|---|---|---|
| NJ | 2 | 17−07101 | NUNEZ v. C.R. BARD INC. et al |
| NJ | 2 | 18−03925 | NUNEZ et al v. CR BARD, INC. et al |
| NJ | 2 | 18−09040 | ROSS v. C.R. BARD, INC et al |
| NJ | 2 | 18−09045 | BLACK v. C.R. BARD et al |
| NJ | 2 | 18−10302 | RICH v. BARD et al |
| NJ | 2 | 18−11192 | ALEXANDER v. C.R. BARD et al |
| NJ | 2 | 18−11806 | BRANCH v. BARD DAVOL INC. et al |

NEW MEXICO

| | | | | |
|---|---|---|---|---|
| ~~NM~~ | ~~2~~ | ~~16−00136~~ | ~~Mims v. Davol, Inc., et al.~~ | Opposed 8/7/18 |

NEW YORK EASTERN

| | | | |
|---|---|---|---|
| NYE | 1 | 17−04406 | Gelfarb v. Johnson & Johnson et al |
| NYE | 1 | 17−06410 | Barnes v. C. R. Bard, Inc. |
| NYE | 1 | 18−01032 | Sniad v. C.R. Bard, Inc. |
| NYE | 1 | 18−02920 | Menjivar v. C.R. Bard, Inc. et al. |
| NYE | 2 | 18−02212 | Grappone et al v. Davol Inc. |
| NYE | 2 | 18−03874 | Demos et al v. Davol, Inc. et al |

### NEW YORK SOUTHERN

| | | | |
|---|---|---|---|
| NYS | 1 | 18−00648 | Frye v. C.R. Bard, Inc. |
| NYS | 1 | 18−01134 | Brown v. C.R. Bard, Inc. |
| NYS | 1 | 18−01526 | Evleth v. C.R. Bard, Inc, |
| NYS | 1 | 18−01531 | Kellogg et al v. C. R. Bard, Inc. |
| NYS | 1 | 18−01536 | Bloem v. C.R. Bard Inc. |
| NYS | 1 | 18−02308 | Campbell v. C. R. Bard, Inc. |
| NYS | 1 | 18−02311 | Alexander v. C. R. Bard, Inc. |
| NYS | 1 | 18−02317 | Miller v. C. R. Bard, Inc. |
| NYS | 1 | 18−02320 | Christman et al v. C. R. Bard, Inc. |
| NYS | 1 | 18−03258 | Greene v. C.R. Bard, Inc, |
| NYS | 1 | 18−06564 | De Cicco et al v. C. R. Bard, Inc. |

### NEW YORK WESTERN

| | | | |
|---|---|---|---|
| NYW | 1 | 18−00533 | Kostek v. Davol Inc. et al |

### OHIO NORTHERN

| | | | |
|---|---|---|---|
| OHN | 1 | 18−00961 | Dean v. Davol, Inc. et al |
| OHN | 4 | 18−00440 | Clark v. C.R. Bard, Inc. |
| OHN | 4 | 18−01663 | Prater v. Davol, Inc. et al |

### OREGON

| | | | |
|---|---|---|---|
| OR | 3 | 18−00645 | Lammi v. Davol, Inc. et al |

### PENNSYLVANIA EASTERN

| | | | |
|---|---|---|---|
| PAE | 2 | 18−01857 | HILL v. DAVOL INC. et al |

### RHODE ISLAND

| | | | |
|---|---|---|---|
| RI | 1 | 18−00337 | Ciotti v. DAVOL, Inc. et al |

### SOUTH CAROLINA

| | | | |
|---|---|---|---|
| SC | 4 | 18−01058 | Strickland v. Davol, Inc. et al |
| SC | 8 | 17−01033 | Harrison et al v. Davol Inc et al |

### TENNESSEE MIDDLE

| | | | |
|---|---|---|---|
| TNM | 3 | 17−01419 | McClain v. C.R. Bard, Inc. |
| TNM | 3 | 18−00591 | Jones v. C. R. Bard, Inc. et al |

### TEXAS SOUTHERN

| | | | |
|---|---|---|---|
| TXS | 3 | 17−00089 | Armstrong et al v. C. R. Bard Inc. et al |
| TXS | 4 | 17−00756 | Ochoa v. Bard et al |

### TEXAS WESTERN

| | | | |
|---|---|---|---|
| TXW | 1 | 17−01128 | Christoff v. C. R. Bard, Inc. |